**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Carina Jimenez Santiago | CASE NO. 3:26cv1071 |
| Petitioner, | JUDGE JEFFREY J. HELMICK |
| vs. | MAGISTRATE JUDGE AMANDA M. KNAPP |
| Immigration and Customs Enforcement, Director of Detroit Field Office, et al., | |
| Respondent. | |

A petition has been filed in this Court pursuant to 28 U.S.C. § 2241.  The Court has examined the Petition and cannot determine from its face whether the Petitioner is entitled to relief.  THEREFORE,

1. Respondent shall file an Answer to the petition within thirty (30) days from the date of this order and show cause why the petition should not be granted and the writ as prayed for issued.

2. Petitioner shall have fifteen (15) days from the filing of Respondent's Answer to reply thereto by filing a Traverse.

3. Respondent shall have fifteen (7) days from the filing of Petitioner's Traverse to respond thereto by filing a Reply.

All filings shall comply with the Northern District of Ohio Local Rules, including but not limited to Local Rule 3.16 – Formatting and Page Limitations for Filings by Unrepresented Parties or Prisoners.  *See* L.R. 3.16 attached hereto.  The Answer shall respond to the allegations raised in the Petition, and shall include a statement as to whether or not there is a record and/or

1

transcript available.  If available, Respondent shall file the record and/or transcripts with the Answer.  Included with the filing shall be an index listing each document in the record or transcripts by exhibit number.  Briefs filed by the parties shall contain a summary of the facts upon which they rely and shall, where applicable, make specific reference to those portions of the record or transcript by citing to the designated exhibit number and page number. Briefs shall also contain statements of the applicable law and citations to relevant case and statutory authorities. When a single volume of the record or transcripts would be unwieldy, multiple volumes of the record are preferred.

If a dispositive motion is filed, the movant shall attach documentation in support of the motion, including but not limited to a certified copy of the docket.

When a party has a change of address, that party must immediately inform the Court of the new address.  Failure to advise the Court of a changed address may result in a waiver of the right to present argument and/or the dismissal of the case.

The Clerk of Court shall forward a copy of the Petition and this Order to Respondent, the Attorney General of the United States, and to the Office of the United States Attorney, Northern District of Ohio.

IT IS SO ORDERED.


DATED: 5/12/2026

*/s/ Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE


2